JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL ELSTER, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>BONNEVILLE INTERNATIONAL CORPORATION, INC., a Utah corporation; and DOES 1 through 25, inclusive,<br><br>  Defendants. | Case No. **14-CV-03852-CAS(MRWx)**<br><br>**[PROPOSED]** ORDER DISMISSING ACTION<br><br>Before The Honorable Cristina A. Snyder<br>Courtroom 5<br><br>Action Filed:    April 14, 2014 |
| BONNEVILLE INTERNATIONAL CORPORATION, INC., a Utah corporation,<br><br>  Counterclaim-Plaintiff,<br><br>vs.<br><br>RACHEL ELSTER, an individual,<br><br>  Counterclaim-defendant. | |

Based on the parties' stipulation for dismissal with prejudice, pursuant to FRCP 41(a)(1)(A)(ii), the Court hereby dismisses the entire action, including the complaint and counterclaim, with prejudice. Each party shall bear her/its own costs and attorneys' fees.

IT IS SO ORDERED.

DATE: January 22, 2015

*Christina A. Snyder* (signature)

Hon. Cristina A. Snyder